AO 91 (Rev. 6/95) Criminal Complaint

E-FILED
Monday, 12 February, 2007 09:57:05 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALBERT DAVIS, and ADESOLA AYOOLA

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-3009-m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 9 + 10, 2007 in Sangamon County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

knowingly conspire to distribute heroin

**FILED**
BGC
FEB 12 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

in violation of 21 United States Code, Section(s) 846, 841(a)(1)

I further state that I am a(n) DEA Special Agent and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:    Yes ☐   No ☐

Scott Giovanelli
Name of Complainant

*Signature of Complainant*

Sworn to before me and subscribed in my presence,

2/11/07  4:42 PM   at  Spfld, Il
Date                       City and State

Byron G. Cudmore
United States Magistrate Judge
Name & Title of Judicial Officer

*Signature of Judicial Officer*

Scot Giovanelli, being duly sworn, hereby state the following.

1. I am a Special Agent with the DEA and have been so employed for approximately 11 years. The information contained in this affidavit is based on my own personal knowledge and information provided to me by other law enforcement agents.

2. On Friday, February 9, 2007, law enforcement agents obtained information from a confidential source (CS) that a black male, identified as Albert DAVIS, DOB 11-21-1975, would be transporting approximately 100 grams of heroin to Bloomington, IL. for further transport to and distribution in Springfield, IL. According to the CS, DAVIS did not want to travel all the way to Springfield. The CS advised that DAVIS would be transporting the heroin in his 2005 green Range Rover, IL. registration 6574760.

3. Agents along with Illinois State Police officers and members of Springfield Police Narcotics Unit devised an operational plan in which DAVIS would be intercepted or stopped in Bloomington, IL. as he attempted to make the delivery of the heroin. Agents obtained further information that DAVIS was to stop at the parking lot of Culvers restaurant in Bloomington.

4. At about 8:25 p.m., agents observed the green Range Rover pull into the parking lot of the Culvers restaurant and were able to verify that DAVIS was in the vehicle. As the vehicle parked, an arrest team moved in and approached it. The vehicle was occupied by three black males. All three were ordered out of the vehicle and identified as Albert DAVIS, Frank DAVIS Jr., and David J. FAIRCHILD.

5. All three men were then advised of their rights by Task Force Officer (TFO) Jamie Jackson. TFO Jackson then questioned Albert DAVIS about any illegal drugs on his person or in his vehicle. DAVIS told TFO Jackson that he had heroin inside the vehicle in a jacket pocket. He also stated that he knew he was in trouble and that he would do whatever he needed to cooperate with agents.

6. Approximately 100 grams of a white rock-like substance inside a plastic baggie was located in a jacket pocket inside DAVIS' green Range Rover. The substance later field-tested positive for the presence of heroin.

7. All three suspects were then transported to the Bloomington Police Department for further questioning. Once at the police department, Agent Giovannelli, TFO Urbas and TFO Jackson again talked with Albert DAVIS. DAVIS identified his source of supply for the heroin as a black male who resided at 1040 West Hollywood Apartment #513, Chicago, IL. DAVIS did not know the source's name but did know him as "DAVE" and his vehicle and phone number. DAVIS told agents that DAVE had given him the 100 grams of heroin for transportation to Springfield and that payment of $7500 would be expected by DAVE as soon as DAVIS returned to Chicago. DAVIS also advised that he had previously obtained heroin from DAVE on several occasions for transport to Springfield.

8. DAVIS agreed to make a recorded phone call to DAVE at 773-272-8420. During the call, DAVIS told DAVE that he was delayed in Springfield, IL. but that he was on his way back with the money that he owed. He also told DAVE that he wanted to get another 100 grams of heroin to sell to another person in Springfield, IL.

9. Agents also questioned Frank DAVIS Jr. and David FAIRCHILD who confirmed that they had been to DAVE's apartment in Chicago to obtain the heroin to deliver to Bloomington. They also told agents that on previous occasions they had obtained heroin from DAVE to sell.

10. Agents devised an operational plan to travel to Chicago with DAVIS, have him meet with DAVE, obtain recorded conversation about the $7500 he owed for the heroin, and to also attempt to obtain additional heroin from DAVE. Prior to arriving in Chicago, DAVE phoned DAVIS several times inquiring as to how long it would be before he arrived. All of the phone conversations were recorded.

11. Once agents arrived in Chicago, IL., DAVIS was equipped with a recording device and made finale arrangements with DAVE to meet with him at his apartment and give him the $7500. DAVIS met with DAVE and again had recorded conversations about delivering the heroin to Springfield and about paying him $7500. DAVIS also told DAVE that he wanted to obtain another 100 grams of heroin for someone else in Springfield. DAVE told DAVIS that he did not have the heroin at that time but would be able to get it in the morning.

12. As DAVIS and DAVE were going into DAVE's Chicago apartment, agents approached DAVE and arrested him at about 3:40 a.m. on Saturday, February 10, 2007. DAVE was identified as Adesola AYOOLA, DOB 09-03-1958. At about 3:47 a.m., TFO Urbas advised AYOOLA of his rights. AYOOLA denied any involvement in heroin sales but admitted that DAVIS knew him as DAVE. At the time of his arrest, AYOOLA was in possession of a cell phone that reflected recent phone calls from DAVIS.

13. I have listened to some of the recorded conversations made by DAVIS. I was able to confirm that DAVIS and AYOOLA discussed the heroin transaction and the payment of $7500.

_____
Scott Giovanelli

Subscribed and sworn to before me this 11th day of February 2007.  4:42 pm

_____
Byron G. Cudmore
United States Magistrate Judge