UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 07-3009-M |
| ADESOLA AYOOLA, | ) |
| Defendant. | ) |

## NOTICE OF FILING

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Timothy A. Bass, file the attached proposed Detention Order on February 16, 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass           __
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
U.S. Attorney's Office
318 South 6th Street
Springfield, IL  62701
Telephone: 217/492-4450
tim.bass@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Douglas J. Beevers
                Assistant Federal Public Defender
                600 E. Adams
                2nd Floor
                Springfield, IL   62701

                                          <u>s/Timothy A. Bass</u>

E-FILED
Friday, 16 February, 2007  01:51:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 07-3009-M |
| ADESOLA AYOOLA, | ) ) ) | |
| Defendant. | ) | |

### ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held in this case on February 15, 2007. The Court has determined that the defendant, Adesola Ayoola, must be held without bond pending further proceedings.

The Court has considered all of the factors listed in 18 U.S.C. § 3142(g) and all of the evidence and information presented by the parties and in the Pretrial Services Report relating to those factors. After weighing those factors and the available evidence, the Court concludes the United States' motion for detention should be allowed.

The Court finds the following information has been established by clear and convincing evidence; further, clear and convincing evidence establishes that the defendant poses a serious danger to others and a preponderance of the evidence establishes that the defendant is a risk of flight if released on bond.

### Findings of Fact and Reasons for Detention

Based upon the credible evidence and information received during the defendant's detention hearing, the Court finds:

1. The defendant is charged with a serious drug offense which provides for a rebuttable presumption of detention. The evidence is this case is strong. In addition, the Court finds that the presumption of detention has not been rebutted.

2. There is probable cause to believe that the defendant committed the alleged offense while on home confinement and electronic monitoring after being charged with a serious drug offense in the Northern District of Illinois.

3. The probation office recommends detention due to the danger and the risk of flight the defendant presents if he is released on bond. The Court agrees.

IT IS THEREFORE ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

ENTER: February \_\_\_\_\_, 2007.

FOR THE COURT:

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE