E-FILED
Tuesday, 20 February, 2007 03:42:59 PM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

FILED
FEB 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.   **WARRANT FOR ARREST**

ADESOLA AYOOLA

Case Number: 07-3009-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

conspiracy to distribute heroin

RECEIVED
2007 FEB 12 A 10:17
US MARSHALS SERVICE
CENTRAL ILLINOIS

in violation of Title __21__ United States Code. Section(s) __846, 841(a)(1)__

| Byron G. Cudmore       No BAIL            | s/ Byron G. Cudmore |
| Name of Issuing Officer                   | Signature of Issuing Officer |
| United States Magistrate Judge            | 2/11/07 4:42pm SFLD IL |
| Title of Issuing Officer                  | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

1040 W. Jolleywood, Chicago, IL

| DATE RECEIVED 2-11-07 | NAME AND TITLE OF ARRESTING OFFICER Scott Giovanelli DEA - S/A | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2-10-07 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____