FILED
MAR - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 07-30021 |
| | ) Violations: Title 21, United |
| v. | ) States Code, Sections 846, |
| | ) 841(a)(1), and 841(b)(1)(B) |
| ALBERT DAVIS and | ) |
| and ADESOLA AYOOLA, | ) |
| Defendants. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

1.  From on or about February 9, 2007, to on or about February 10, 2007, in the Central District of Illinois, and elsewhere, the defendants,

**ALBERT DAVIS and ADESOLA AYOOLA,**

knowingly and intentionally conspired with each other to distribute a controlled substance, namely 100 grams or more of a mixture or substance containing heroin, a Schedule I controlled substance.

2.  As part of the conspiracy, the defendants agreed to distribute 100 or more grams of heroin for further distribution in the Central District of Illinois.

3.  As a further part of the conspiracy, on or about February 9, 2007, Defendant **DAVIS** attempted to distribute 100 grams or more of herion in the Central District of Illinois.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

A TRUE BILL,

s/foreperson
FOREPERSON

s/Rodger Heaton
RODGER A. HEATON
UNITED STATES ATTORNEY
TB