E-FILED
Tuesday, 17 April, 2007 03:26:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-30021 |
| | ) | |
| ADESOLA AYOOLA, | | |
| Defendant. | | |

## MOTION TO CONTINUE

NOW COMES the Defendant, ADESOLA AYOOLA, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial in this cause for 30 to 60 days. In support thereof, defendant states as follows:

1. This case is set for a final pre-trial conference on Friday, April 27, 2007 at 2:00 p.m. and for trial on Monday, May 1, 2007, at 9:00 a.m.;

2. Defendant AYOOLA has not previously moved to continue this case;

3. Defendant AYOOLA has been transferred to the Northern District of Chicago to be sentenced on federal drug case, and may not be back in the district until shortly before the pretrial conference;

4. Defendant AYOOLA's counsel had not received any discovery before Mr. Ayoola was transferred to the Northern District, and he will need substantial time to review the discovery before negotiating with the United States;

5. The Government by AUSA Tim Bass has no objections to a continuance;

6. This motion is not made for the purpose of delay but is in the interests of justice for the reasons herein set forth.

WHEREFORE, the defendant ADESOLA AYOOLA, prays that this Honorable Court continue the scheduled final pre-trial and trial in this cause for approximately 60 days or as soon thereafter as convenient to the Court.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,
  s/ Douglas J. Beevers

By: Douglas J. Beevers Assistant Federal Defender 600 East Adams Street, 2nd Floor Springfield, Illinois  62701 Telephone: (217) 492-5070 Fax: (217) 492-5077 E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Tim Bass
Office of the United States Attorney
318 S. Sixth Street Springfield, IL 62701

for Defendant Albert
Davis James I Marcus
Dziedziak & Marcus, P.C.
100 West Monroe Street  Suite 309
Chicago, IL 60603  312-443-5600
Email: jim@dzmlaw.com

    By:   s/ Douglas J. Beevers