UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-30021 |
| ADESOLA AYOOLA, | ) |
| Defendant. | ) |

MOTION TO CONTINUE

Now comes the Defendant, ADESOLA AYOOLA, by his attorney, KARL W. BRYNING, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for July 16, 2007 and the trial, presently scheduled for August 7, 2007 for approximately 60 days, and, in support thereof, states as follows:

1. Counsel requires additional time to confer with Mr. Ayoola. regarding this case.

2. Mr. Ayoola has been housed out of the district while attending to another federal matter.

3. Counsel has had brief contact with Mr. Ayoola and members of his family by phone but requires time to meet with Mr. Ayoola in person to discuss his case.

4. The United States Marshall's Office is currently in the process of securing Mr. Ayoola's return to the Central District of Illinois.

5.  In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause for approximately 60 days.

ADESOLA AYOOLA, Defendant

s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Timothy Bass, Assistant United States Attorney, 318 S. 6th Street, Springfield, IL 62701-1806.

    s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org