E-FILED
Tuesday, 24 July, 2007   01:58:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 07-30021 |
| ) | |
| ADESOLA AYOOLA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE REGARDING PRIOR FELONY DRUG CONVICTION

The United States of America, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, pursuant to 21 U.S.C. § 851, hereby informs the defendant and the Court that the defendant has one prior felony drug conviction upon which the government will rely at the time of sentencing. The conviction was for:

Conspiracy to Possess with Intent to Distribute a Controlled Substance
U.S. District Court - Northern District of Illinois
No: 06-CR-000012

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Timothy A. Bass
Timothy A. Bass
Missouri Bar No. 45344
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
Fax: (217) 492-4512
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Karl Bryning
Attorney for Defendant

                                      s/Timothy A. Bass
                                      Timothy A. Bass
                                      Missouri Bar No. 45344
                                      Assistant United States Attorney
                                      318 S. Sixth Street
                                      Springfield, IL 62701
                                      Phone: (217) 492-4450
                                      Fax: (217) 492-4512
                                      tim.bass@usdoj.gov