UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-30021 |
| ) | |
| ADESOLA AYOOLA, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO REQUIRE NOTICE OF
INTENT TO USE "OTHER CRIMES" EVIDENCE**

Now comes the Defendant ADESOLA AYOOLA by his attorney ROBERT A. ALVARADO and pursuant to Rule 12(d)(2), Fed.R.Crim.P., and Rule 404(b), Fed.R.Evid., moves this Court for the entry of an Order requiring the government to give notice to the defense of its intent to use at trial any evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in Rule 404(b), Fed.R.Evid.

    1.    That notice of the government's intent to introduce Rule 404(b) evidence allows the defense the necessary time in which to prepare to contest the admissibility of such evidence, thus avoiding the delay attendant at trial in challenging the admissibility of such evidence, and the risk of prejudicial error occurring from the introduction of said evidence. *United States v. Foskey*, 636 F.2d 517, 526 (D.C.Cir. 1980).

    2.    That notice of the government's intent to introduce "other crimes" evidence is specifically authorized under Rule 404(b), Fed.R.Evid., which states, in pertinent part:

> Evidence of other crimes, wrongs, or acts is not
> admissible to prove the character of a person
> in order to show action in conformity therewith.

1

It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to use at trial.

WHEREFORE, Defendant requests the entry of an Order requiring the government to give notice to the defense of its intent to use at trial any evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in Rule 404(b), Fed.R.Evid.

    ADESOLA AYOOLA  Defendant

    RICHARD H. PARSONS
    Federal Public Defender


    BY:   s/ Robert A. Alvarado
    ROBERT A. ALVARADO
    Attorney for Defendant
    Assistant Federal Public Defender
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    Fax: (309) 671-7898
    E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tim Bass, U.S. Attorney's Office, 318 South 6th St., Springfield, IL 62701-1806.

    s/ Robert A. Alvarado
ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org