E-FILED
Wednesday, 15 August, 2007   03:42:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 07-30021 |
| ADESOLA AYOOLA, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR RULE 16 DISCOVERY**

Now comes the Defendant ADESOLA AYOOLA by his attorney, ROBERT A. ALVARADO and pursuant to Rule 16, Fed.R.Crim.P., moves this Court for the entry of an Order directing the government to comply with the following discovery requests of defense counsel:

1. To allow defense counsel to inspect/copy any relevant written or recorded statements made by the defendant, or copies thereof, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

2. To allow defense counsel to inspect/copy that portion of any written record containing the substance of any relevant oral statement made by the defendant, whether before or after arrest, in response to interrogation by any person then known to the defendant to be a government agent.

3. To disclose to defense counsel the substance of any other relevant oral statements made by the defendant, whether before or after arrest, in response to interrogation by any person then known to the defendant to be a government agent.

4. To allow defense counsel to inspect/copy any recorded testimony of the defendant

1

before a grand jury which relates to the offense charged.

5. To provide to defense counsel a copy of the defendant's prior criminal record, if any, as is within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

6. To allow defense counsel to inspect/copy/photograph books, papers, documents, photographs, tangible objects, buildings or places, or copies of portions thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial, or were obtained from or belong to the defendant.

7. To allow defense counsel to inspect/copy/photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government, which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial.

8. To disclose to defense counsel a written summary of testimony the government intends to use under Rules 702, 703, or 705, Fed.R.Evid., during its case in chief at trial, including a description of the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications.

ADESOLA AYOOLA, Defendant

RICHARD H. PARSONS
Federal Public Defender


BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org


CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tim Bass, U.S. Attorney's Office, 318 South 6th St., Springfield, IL 62701-1806.

s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org