IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ADESOLA AYOOLA, | ) | No. 07-30021 |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**NOW COMES** the NOLL LAW OFFICE, by its representative, JON GRAY NOLL, and hereby enters his appearance on behalf of Defendant, ADESOLA AYOOLA. All future notices and pleadings concerning this matter should be forwarded to the address listed below.

        **NOLL LAW OFFICE,**

By:    /s Jon Gray Noll
        Jon Gray Noll
        Reg. No. 02060108
        **NOLL LAW OFFICE**
        802 South Second Street
        Springfield, IL  62704
        (217) 544-8441
        (217) 544-8775 (Fax)
        email: Noll@Noll-Law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy Bass<br>U. S. Attorney's Office<br>318 South 6th Street<br>Springfield, IL 62701 | Douglas John Beevers<br>Federal Public Defender's Office<br>600 East Adams<br>2nd Floor<br>Springfield, IL 62701 |
| Karl W. Bryning<br>Federal Public Defender<br>Suite 1500<br>401 Main Street<br>Peoria, IL 61602 | Robert Andre Alvarado<br>Federal Public Defender<br>Suite 1500<br>401 Main Street<br>Peoria, IL 61602 |
| Daniel L. Fultz<br>802 South Second Street<br>Springfield, IL 62704 | |

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

Adeysola Ayoola
#1 Sheriff's Plaza
Springfield, IL 62701

BY:  /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

2