E-FILED
Wednesday, 02 January, 2008 02:41:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ADESOLA AYOOLA, ) | No. 07-30021 |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

**NOW COMES** the FULTZ LAW OFFICE, by its representative, DANIEL L. FULTZ, and hereby enters his appearance on behalf of Defendant, ADESOLA AYOOLA. All future notices and pleadings concerning this matter should be forwarded to the address listed below.

**FULTZ LAW OFFICE**

By:   /s Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**FULTZ LAW OFFICE**
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: fultzlawoffice@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy Bass
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

Karl W. Bryning
Federal Public Defender
Suite 1500
401 Main Street
Peoria, IL 61602

Jon Gray Noll
802 South Second Street
Springfield, IL 62704

Douglas John Beevers
Federal Public Defender's Office
600 East Adams
2nd Floor
Springfield, IL 62701

Robert Andre Alvarado
Federal Public Defender
Suite 1500
401 Main Street
Peoria, IL 61602

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

Adeysola Ayoola
#1 Sheriff's Plaza
Springfield, IL 62701

By:    /s Daniel L. Fultz
       Daniel L. Fultz
       Reg. No. 6282911
       **FULTZ LAW OFFICE**
       802 South Second Street
       Springfield, IL 62704
       Telephone: (217) 544-8441
       Fax: (217) 544-8775
       E-mail: fultzlawoffice@yahoo.com