UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 07-30021 |
| | ) |
| ADESOLA AYOOLA, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

Now comes ROBERT A. ALVARADO and the Office of the Federal Public Defender for the Central District of Illinois and respectfully requests this Court to allow counsel to withdraw from representation of defendant in this cause. Counsel has been advised by attorney Dan Fultz that he has been retained to represent the defendant in this cause. Counsel confirmed that Mr. Fultz and Mr. Jon Noll have already filed notices of appearance in this case as well.

WHEREFORE, counsel respectfully requests this Court to allow him to withdraw from representation of defendant.

ADESOLA AYOOLA, Defendant

BY:   s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

1

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tim Bass, U.S. Attorney's Office, 318 South 6th St., Springfield, IL 62701; Daniel L. Fultz, 820 S. Second St., Springfield, IL 62704, ph. 217.492.1560, fultzlawoffice@yahoo.com;  Jon Gray Noll, 820 S. Second St., Springfield, IL 62704, ph. 217.544.8441, noll@noll-law.com.

s/ Robert A. Alvarado


ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org