IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ADESOLA AYOOLA, | ) | No. 07-30021 |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTINGS

**NOW COMES** Adesola Ayoola, by and through his attorney, Jon Gray Noll, and for his Motion to Continue Pre-trial and Trial Settings, states to this Honorable Court as follows, that:

1. Pre-trial in this matter is currently set for Monday, May 5, 2008, at 11:00 a.m., with trial set for May 6, 2008, at 9 a.m.

2. Trial in this matter is set for the same date as the trial in the matter of United States v. Clarence Plato, case number 08-CR-30115. The counsel for the Government and counsel for Defendant will be in trial on that matter on May 6, 2008.

3. For the aforementioned reason, Defendant respectfully requests this Court grant a continuance of sixty to ninety days, or to a date that is convenient to this Court, for the pre-trial and trial date.

4. AUSA Timothy Bass has been consulted and does not oppose the filing of this motion.

5. This motion is not brought for the purpose of delay, but is in the best interests of all parties.

6.  Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

**WHEREFORE,** Defendant Adesola Ayoola respectfully requests this Honorable Court continue the pre-trial and trial settings in this matter for sixty to ninety days or to a time that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

        Respectfully submitted,

        **ADESOLA AYOOLA**

By:     /s Jon Gray Noll
        Jon Gray Noll
        Reg. No. 02060108
        **NOLL LAW OFFICE**
        802 South Second Street
        Springfield, IL  62704
        (217) 544-8441
        (217) 544-8775 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy Bass
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

Daniel L. Fultz
Fultz Law Office
802 South Second Street
Springfield, IL 62701

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

Adeysola Ayoola
#1 Sheriff's Plaza
Springfield, IL 62701

By: /s Jon Gray Noll
Jon Gray Noll
Reg. No. 02060108
**NOLL LAW OFFICE**
802 South Second Street
Springfield, IL 62704
(217) 544-8441
(217) 544-8775 (fax)